**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 25-44-DLB-MAS**

**LAWRENCE R. STINNETT** **PLAINTIFF**

**v.** **ORDER**

**AMANDA PHIPPS, et al.** **DEFENDANTS**

*** *** *** *** *** ***

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 39), wherein he recommends that Defendants Amanda Phipps, Tonya Ward, Karrington Gullett, and Wellpath, LLC's Motion for Summary Judgment (Doc. # 34) be granted. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised, **ORDERS** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 39), is hereby **ADOPTED** as the Opinion of the Court; and

(2) Defendants Amanda Phipps, Tonya Ward, Karrington Gullett, and Wellpath, LLC's Motion for Summary Judgment (Doc. # 34) is **GRANTED**.

A Judgment in favor of Defendants will be entered concurrently herewith.

This 31st day of August, 2026.

**Signed By:**

***David L. Bunning*** DB

**Chief United States District Judge**

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2025\25-44 Order Adopting R&R DE 34.docx